**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,** | |
| **Plaintiff,** | **Case No. 1:21-cv-1071-JRS-TAB** |
| **v.** | **PATENT CASE** |
| **NETSOFT HOLDINGS, LLC d/b/a TICKETBUD** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Social Positioning Input Systems, LLC and Defendant Netsoft Holdings, LLC by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: September 3, 2021                    Respectfully submitted,

**LAW OFFICE OF FRANCIS R. NIPER**

**FISH & RICHARDSON P.C.**

*By: /s/ Francis R. Niper*
Francis R. Niper
Law Office of Francis R. Niper
2244 Stone Manor Ct
Avon, IN 46123
Telephone: (317) 617-7023
Facsimile: (317) 209-8754
Email: fran@niperlaw.com

By: */s/ Noel Chakkalakal*
Neil J. McNabnay
mcnabnay@fr.com
Ricardo J. Bonilla
rbonilla@fr.com
Noel Chakkalakal
chakkalakal@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 - Telephone
(214) 747-2091 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been

served on all counsel of record via the Court's ECF system on September 3, 2021.

*/s/ Noel F. Chakkalakal*
Noel F. Chakkalakal

22822371.1