# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,** | |
| Plaintiff, | Case No. 1:21-cv-1071-JRS-TAB |
| v. | PATENT CASE |
| **NETSOFT HOLDINGS, LLC d/b/a TICKETBUD** | JURY TRIAL DEMANDED |
| Defendant. | |

## ORDER OF DISMISSAL

The parties, having filed their Joint Stipulation of Dismissal, and the Court, being duly advised, hereby APPROVES the Joint Stipulation, and hereby ORDERS the following:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

SO ORDERED.

Date: 9/7/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Service made electronically on
all ECF-registered counsel of records
via e-mail generated by the Court's ECF system